# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Lisa Johnson,

Plaintiff(s),

v.

Amazon.Com Services, LLC,

Defendant(s).

Case No. 1:23-cv-00685
Judge Thomas M. Durkin

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $　　　,

　　which ☐ includes　　　pre–judgment interest.
　　☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Amazon.Com Services, LLC
and against plaintiff(s) Lisa Johnson, Gale Miller Anderson
.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge　　presiding, and the jury has rendered a verdict.
☐ tried by Judge　　without a jury and the above decision was reached.
☒ decided by Judge Thomas M. Durkin on a motion to dismiss.

Date: 1/4/2024

Thomas G. Bruton, Clerk of Court

E. Wall, Deputy Clerk